UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROBERT DOWNING,                                           :

         Plaintiff,                        :        <u>ORDER</u>

   -v.-                                                          :
                                              17 Civ. 4768 (GWG)
NANCY A. BERRYHILL,                                   :

                                               :
        Defendant.
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The Government is directed to respond to the motion at Docket # 19 on or before June 26, 2020. Any reply may be filed 14 days thereafter.

       SO ORDERED.

Dated: June 5, 2020
       New York, New York

                                                             GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge