

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 31, 2020

# MEMORANDUM ENDORSEMENT

BY ECF
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007-1312

**The teleconference is adjourned to Monday, September 14, 2020, at 11:00 a.m.**

**So Ordered.**

/s/ Gabriel W. Gorenstein
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**August 31, 2020**

Re:   Robert Downing v. Commissioner
      17 Civ. 4768 (GWG)

Dear Judge Gorenstein:

This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request an adjournment of a teleconference scheduled for tomorrow, September 1, 2020.

Pursuant to the Court's Order of Friday, August 28, 2020, the parties are to appear at a teleconference tomorrow, September 1, 2020, at 11:00 a.m., and to provide specific information with regard to the processing of attorneys' fees at the administrative and district court level by the Social Security Administration generally, and in particular with regard to this case. Counsel for plaintiff has stated that he is in the midst of moving both his office and his home tomorrow and this week. In addition, given the constraints of teleworking and the late summer vacation schedule of Agency personnel, I am not confident that I will be able to obtain all information requested by the Court in time for the teleconference. Accordingly, I write respectfully to request an adjournment of the teleconference. Counsel for plaintiff consents to this request.

Consistent with the Court's Individual Rules of Practice, I write respectfully to request that the teleconference be adjourned to the alternate date of Monday, September 14, 2020, at 11:00 a.m. The parties confirm that they are both able to appear on that date and time.

Thank you for your consideration of this matter.

                                        Respectfully,

                                        AUDREY STRAUSS
                                        Acting United States Attorney

                                  By:   /s/ *Susan C. Branagan*
                                        SUSAN C. BRANAGAN
                                        Assistant United States Attorney
                                        Telephone: (212) 637-2804
                                        Fax: (212) 637-2750

cc:   Lewis B. Insler, Esq.