UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
**ROBERT DOWNING**

                Plaintiff,

-against-

**ANDREW M. SAUL**, Commissioner
of Social Security

                Defendant.
-------------------------------------------------X

**MEMORANDUM ENDORSEMENT**

**17-CV-4768 (GJG)**

**NOTICE OF MOTION**

NOTICE OF MOTION FOR FIXING
OF AN ATTORNEY'S FEE
Under 42 USC 406(B)

PLEASE TAKE NOTICE that upon all the prior proceedings in this matter and upon the annexed Petition and Attachments, the undersigned will move this Court before the Hon. Gabriel J. Gorenstein at the United States Courthouse 500 Pearl St, New York, NY 10007, on June 5, 2020, on submission, for an Order pursuant to 42 U.S.C. Sec. 406(b) fixing a fee for plaintiff's attorney for his services in this matter.

**Per Docket # 32, this motion is withdrawn. The conference scheduled for September 15, 2020, is canceled.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**September 9, 2020**

DATED: May 5, 2020

_____
Lewis B. Insler, Esq.
Attorney for Plaintiff
17 Newcomb Pl
White Plains, NY 10606
914 980-2561

To: Susan Branagan, AUSA
US Attorney, SDNY
86 Chambers St., Third Floor
New York, New York 10007